IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | CIVIL NO. 3:01CV156 |
| | ) | (Financial Litigation Unit) |
| SABRINA CALDWELL, | ) | |
|     Defendant, | ) | |
| and | ) | |
| | ) | |
| TRANS UNION SETTLEMENT SOLUTIONS, INC., | ) | |
|     Garnishee. | ) | |

**DISMISSAL OF WRIT OF GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case against the defendant Sabrina Caldwell is DISMISSED.

**Signed: October 4, 2005**

Graham C. Mullen
Chief United States District Judge